```
                                                      CLERK'S OFFICE U.S. DIST. COURT
                                                           AT ROANOKE, VA
                                                              FILED

                                                           NOV 1 5 2006
         IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF VIRGINIA          JOHN F. CORCORAN, CLERK
                   ROANOKE DIVISION                    BY:
                                                              DEPUTY CLERK
```

|   |   |
|---|---|
| **ANDRE SYLVESTER WATTS,** ) | |
| Petitioner, ) | Civil Action No. 7:06CV00666 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **TERRY O'BRIEN, WARDEN,** ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that this action shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 14th day of November, 2006.

_____
United States District Judge